**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—**

| | | |
|---|---|---|
| BENITO ALANIZ, SR., | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL NO. B-17-189 |
| | § | (CRIMINAL No. B-15-317-1) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

# ORDER

On September 14, 2017, the United States Magistrate Judge filed a Report and Recommendation. [Doc. No. 5]. Plaintiff has objected to said Report and Recommendation. [Doc. No. 9].

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Plaintiff's objections, the Court orders that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Petitioner Benito Alaniz, Sr.'s Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is hereby denied as meritless. The Certificate of Appealability is denied.

Signed this 20th day of November, 2017.

Andrew S. Hanen
United States District Judge